STATE ex rel., YOUNG, Appellant, v. YATES, Re-
SPONDENT.

[Submitted February 18, 1896. Decided February 24, 1896.]

SUPREME COURT—*Short cause calendar—Stipulation.*—Where it appears upon the argu-
ment of an appeal, which had been placed upon the short cause calendar, under a
stipulation of counsel, that from the importance of the question presented, the case
was not, nor could be, fairly presented in the time allowed, it will be remanded to its
regular place on the calendar for reargument.

*Appeal from Eighth Judicial District, Cascade County.*

REMANDED for reargument.

*Largent & Huntoon, Ransom Cooper* and *Douglas Martin,*
for Appellant.

*Leslie & Downing,* for Respondent.

PER CURIAM.—The case was placed upon the short cause
docket by virtue of a stipulation filed by counsel. The stipu-
lation complied with court rule VII, subd. 4a. Counsel stipu-
lated that they would argue the case in fifteen minutes to the
side, and that, in their opinion, the case could be fully and
fairly presented in said time. The case was argued February
18, 1896; and, upon consultation after the argument, it ap-
pears to the court that a decision of the case involves an ex-
tremely important and interesting legal and political question.
It is the opinion of the court that the importance of the ques-
tion as presented is such that it could not be, and, indeed, was
not fairly presented on the argument.

It is therefore ordered, under rule VII, subd. 4e, that the
case be reargued, and that it take its regular place upon the
calendar.